STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LESLIE E. OSBORNE, JR.,
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2000

at __ o'clock and __ min __
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>                              )<br>      v.                      )<br>                              )<br> MARLENE LINDSEY,              )<br>                              )<br>           Defendant.         )<br> _____) | CR. NO. CR00-00482 HG<br><br>INDICTMENT<br>[18 U.S.C. §§ 152(1);<br>and 1957(a)] |

INDICTMENT

COUNT 1

The grand jury charges that:

On or about December 27, 1995, in the District of Hawaii, the Defendant, MARLENE LINDSEY, did knowingly and

fraudulently conceal property belonging to the estate, in and in relation to a case under Title 11, In Re Marlene Iwalani Lindsey, Bankruptcy Court Case No. 95-00080, specifically payment for her interest in Atlantic-Pacific International Services, Inc., and UPAC International, Inc., in the amount of $100,000 from the trustee charged with control of the debtor's property, the creditors, and the United States Trustee.

All in violation of Title 18, United States Code, Section 152(1).

## COUNT 2

The grand jury further charges that:

On or about December 27, 1995, in the District of Hawaii, the Defendant, MARLENE LINDSEY, did knowingly engage and attempt to engage in a monetary transaction, by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is causing an intra bank transfer at the Bank of Hawaii of $100,000 into Account No. 6047-065108 for the Defendant's benefit, as payment for her interest in Atlantic-Pacific International Services, Inc., and UPAC International, Inc. such property having been derived from a specified unlawful activity,

/ / /

/ / /

that is bankruptcy fraud, (Title 18, United States Code, Section 152(1)).

In violation of Title 18, United States Code, Section 1957(a).

### COUNT 3

The grand jury further charges that:

On or about February 13, 1996, in the District of Hawaii, the Defendant, MARLENE LINDSEY, did knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is causing the purchase of a cashier's check, payable to L.L., in the amount of $35,000 withdrawn from Bank of Hawaii account No. 6047-065108, such property having been derived from a specified unlawful activity, that is bankruptcy fraud, (Title 18, United States Code, Section 152(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

All in violation of Title 18, United States Code, Section 1957(a).

DATED: December 20, 2000, Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

U.S.A. v. Marlene Lindsey,
CR. No.
Indictment