# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR00-00482 BMK |
| ) | |
| Plaintiff(s), ) | |
| ) | U S A PASSPORT |
| vs. ) | |
| ) | EXPIRATION: 15/JUN/2004 |
| MARLENE P LINDSEY, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JAN 0 5 2001 at __ o'clock and __ min __ M WALTER A.Y.H. CHINN, CLERK*

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII FEB 0 7 2006 at __ o'clock and __ min __ M SUE BEITIA, CLERK*

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above entitled case, Passport Number 120318067 issued at PASSPORT AGENCY, HONOLULU, on 16/JUN/1994 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 5, 2001 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     20/NOV/1941

Place of Birth:    HAWAII, USA

Dated at Honolulu, Hawaii on January 5, 2001.

WALTER A.Y.H. CHINN, Clerk

By: _____
        Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 2-7-06                Signature: _____
                                                 Owner of Passport